IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BORSEA BROWN                                                                                          PLAINTIFF

v.                                              CASE NO.: 4:09-cv-04018

MILLER COUNTY JAIL;
LINDA RAMBO, Sheriff, Miller County, Arkansas;
JANICE NICKELSON, Warden, Miller County Jail                                       DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this case on March 16, 2009, acting pro se and proceeding *in forma pauperis*. On November 6, 2009, Plaintiff was ordered to complete and sign an addendum to the Complaint, which was propounded by the Court. Plaintiff has failed to return the addendum, and no mail has been returned to the Court. Plaintiff was advised in the Order (Doc. 8) propounding the addendum that failure to return the addendum could result in the dismissal of his case. However, Plaintiff has not communicated with the Court in any way.

Accordingly, it is the recommendation of the undersigned that Plaintiff's Complaint (Doc. 1) be DISMISSED for failure to prosecute this action and for failure to follow an Order of this Court.

**Plaintiff has fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court**.

IT IS SO ORDERED this 4th day of February 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE