IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BORSEA BROWN                                                          PLAINTIFF

VS                              CASE NO. 09-CV-4018

MILLER COUNTY JAIL;
LINDA RAMBO, Sheriff, Miller
County, Arkansas; JANICE
NICKELSON, Warden, Miller
County Jail                                                           DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation filed on February 4, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 9). Fourteen (14) have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Borsea Brown's Complaint should be and hereby is dismissed for failure to prosecute this action and for failure to follow an Order of the Court.

IT IS SO ORDERED, this 4th day of March, 2010.

                                                                          /s/Harry F. Barnes
                                                                          Hon. Harry F. Barnes
                                                                          United States District Judge